United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 16-14084-amc
Christopher Atkinson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 2    Date Rcvd: Feb 02, 2017
                        Form ID: pdf900   Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2017.
```
db              Christopher Atkinson,    1534 W. 15th Street,    Philadelphia, PA   19126
13745921        Capital One Credit Cards,    Atention: Bankruptcy Correspondence,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
13745922        City of Philadelphia Water Revenue Bureau,    1404 John F. Kennedy Boulevard, Floor 5,
                 Philadelphia, Pennsylvania 19107-3212
13745925        Convergent Outsourcing,    500 SW 7th Street Building A100,    Renton, WA 98057-2983
13745926        Ditech Financial, LLC,    San Antonio, TX 78230-3807
13745927       +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
13745928       +Green Tree Servicing, LLC,    c/o Law Office of Gregory Javardian, LLC,
                 1310 Industrial Boulevar Fl 1, Suite 101,    Southampton, Pennsylvania 18966-4030
13745930        North Star Acquisitions, LLC,    220 John Glenn Dr,    Amherst, NY 14228-2246
13745932       +Philadelphia Gas Works,    800  W. Montgomery Avenue,    Philadelphia, Pennsylvania 19122-2898
13745933        Premier Bankcard/Charter,    P.O. Box 208,    Vacaville, CA 95696-0208
13745934        Revenue Collection Bureau, Inc (RCB),    5900 Torresdale Avenue #08,
                 Philadelphia, Pennsylvania 19135-4127
13745937        U.S. Department of Education,    P.O. Box 16448,    Saint Paul, MN 55116-0448
13824364        US Department of Education,    P.O. Box 16448,    St. Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 03 2017 01:51:40     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 03 2017 01:51:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13745920        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 03 2017 01:51:18     Asset Acceptance LLC,
                 P.O. Box 2036,    Warren, MI 48090-2036
13828377        E-mail/Text: bankruptcy@phila.gov Feb 03 2017 01:51:40     CITY OF PHILADELPHIA,
                 SCHOOL DISTRICT OF PHILADELPHIA,    C/O MEGAN N. HARPER,    1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,
                 PHILADELPHIA, PA 19102-1595
13745923       +E-mail/Text: bankruptcy@phila.gov Feb 03 2017 01:51:40     City of Philadelphia,
                 Law Department,    1515 Arch Street, 14th Floor,    Philadelphia, Pennsylvania 19102-1504
13745924        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 03 2017 01:51:10     Commonwealth of Pennsylvania,
                 Department of Revenue,    P.O. Box 280946,    Harrisburg, Pennsylvania 17128-0946
13825429        E-mail/Text: bankruptcy.bnc@ditech.com Feb 03 2017 01:51:00     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, South Dakota 57709-6154
13745929        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 03 2017 01:46:51     LVNV Funding, LLC,
                 Assignee of Sears/Resurgent Capital,    P.O. Box 10587,    Greenville, SC 29603-0587
13745931       +E-mail/Text: bankruptcygroup@peco-energy.com Feb 03 2017 01:51:00     PECO Energy Company,
                 2301 Market Street, # s23-1,    Philadelphia, Pennsylvania 19103-1380
13774895        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 03 2017 01:51:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
13745936        E-mail/Text: bknotices@snsc.com Feb 03 2017 01:51:58     SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
13824127       +E-mail/Text: bknotices@snsc.com Feb 03 2017 01:51:59
                 U.S. Bank Trust National Association, as Trustee,    c/o SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
                                                                                              TOTAL: 12
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13745935      ##Seterus, Inc.,    as the Authorized Subservicer,    P.O. Box 2008,    Grand Rapids, MI 49501-2008
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Feb 02, 2017
                              Form ID: pdf900             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
              BRIAN E. CAINE    on behalf of Creditor    U.S. Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,  RA-occbankruptcy6@state.pa.us
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARY F. KENNEDY    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com,  tami@javardianlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VAUGHN A. BOOKER    on behalf of Debtor Christopher  Atkinson vbs00001@aol.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER ATKINSON                    Chapter 13

                Debtor            Bankruptcy No. 16-14084-AMC

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

                              Ashely M. Chan
                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
VAUGHN A. BOOKER ESQ
1420 WALNUT STREET STE 815

PHILADELPHIA, PA 19102-

Debtor:
CHRISTOPHER ATKINSON

1534 W. 15th Street

Philadelphia, PA 19126